**Order filed, January 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00639-CR

_____

**JONATHAN RUSSELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1618518**

---

## ORDER

The reporter's record in this case was due December 13, 2021. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 337th District Court file the record in this appeal **within 7 days** of the date of this order.

PER CURIAM